## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TODD KALEEL,

      Plaintiff,

v.                                Case No: 8:13-cv-943-T-30EAJ

ERIC K. SHINSEKI,

      Defendant.

_____

## <u>ORDER</u>

THIS CAUSE comes before the Court upon the Joint Motion for Entry of Stipulated Final Order of Dismissal With Prejudice (Dkt. #19).   Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1.      The Joint Motion for Entry of Stipulated Final Order of Dismissal With Prejudice (Dkt. #19) is GRANTED.   This case is dismissed with prejudice.   All parties shall bear their own attorneys' fees and costs.

2.      The Court will retain jurisdiction for one (1) year to enforce the settlement agreement.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of October, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record